IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY LEE JEMISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CV 03-CO-1378-W |
| ) | |
| DESI PATTERSON, CHRISTOPHER KING, ) | |
| BENJAMIN PORTER, and JIMMY ) | |
| YOUNGBLOOD, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 14, 2004, the magistrate judge's report and recommendation was filed and the parties were allowed fifteen (15) days to file objections to the recommendations made by the magistrate judge.

After careful consideration of the record in this case, including the Magistrate Judge's Report and Recommendation, the court ADOPTS the report and recommendation. It is hereby ORDERED, ADJUDGED AND DECREED that the special report filed by the defendants (Document #22) is considered as a motion for summary judgment, and, as such, is DENIED.

The defendants are hereby ORDERED to file an answer within twenty (20) days of the entry date hereof.

Done this 15th day of December 2004.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE